**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Efrain CIENFUEGOS–SECUNDINO, Defendant–Appellant.**

**No. 06–30302.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 16, 2007 *.

Filed Jan. 18, 2007.

Robert A. Ellis, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Tracy A. Staab, Esq., Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

## MEMORANDUM **

The parties' joint motion for summary reversal and remand is granted. Defendant's sentence is vacated. *See Lopez v.*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Gonzales,* —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006).

This appeal is remanded to the district court for the purpose of re-sentencing defendant.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.